UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Ashland

EVENS CLAUDE,

Petitioner,

v.

SECRETARY OF DEPT.
HOMELAND SECURITY,

Respondents.

Civil Action No. 0:26-cv-00055-SCM

**JUDGMENT**

*** *** *** ***

Consistent with the Order entered on this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Claude's § 2241 petition, [Dkt. 1], **DISMISSED WITH PREDJUDICE**.
2. This matter is **STRICKEN** from the active docket.

Signed this the 16th day of September, 2026.

S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky